UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. VILLARREAL, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01178-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(DOC. NOS. 1, 11, & 16) |

Kareem J. Howell ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 29, 2020, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending "that all claims and defendants be dismissed, except for Plaintiff's claims against Defendants S. Villarreal and A. Randolph for retaliation in violation of the First Amendment and his claim against Defendant S. Villarreal for violation of his First Amendment right to freedom of speech/expression." (Doc. No. 16 at 2.)

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline for filing objections has passed, and plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on April 29, 2020 (Doc. No. 16), are ADOPTED in full;
2. All claims and defendants are dismissed, except for Plaintiff's claims against Defendants S. Villarreal and A. Randolph for retaliation in violation of the First Amendment and his claim against Defendant S. Villarreal for violation of his First Amendment right to freedom of speech/expression; and
3. The Clerk of Court is directed to reflect the dismissal of defendants R. Nichols; J. Burnes; S. Babb; and L. Hense on the court's docket.

IT IS SO ORDERED.

Dated:   **June 2, 2020**

UNITED STATES DISTRICT JUDGE