UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>S. VILLARREAL, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 1:19-cv-01178-NONE-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, OR IN THE ALTERNATIVE, FOR SANCTIONS<br><br>(ECF No. 28) |

Kareem J. Howell ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

On August 21, 2020, Plaintiff filed a request for the Court Clerk to enter default judgment against Defendants. (ECF No. 26). This request was denied. (ECF No. 27). On August 24, 2020, Plaintiff filed a motion for default judgment, or in the alternative, for sanctions. (ECF No. 28).

Plaintiff's motion for default judgment is denied for the reasons stated in the Court's order denying Plaintiff's request for default judgment (ECF No. 27). The Court will also deny Plaintiff's request for sanctions. Defendants' answer was only six days late, and was filed in compliance with the Court's minute order directing Defendants to file their responsive pleading. However, as stated in the Court's previous order, "Defendants' counsel is warned that failure to comply with court deadlines may result in the imposition of sanctions." (Id. at 1).

Accordingly, based on the foregoing, IT IS ORDERED that Plaintiff's motion for default

1

1  judgment, or in the alternative, for sanctions, is DENIED.

3  IT IS SO ORDERED.

4  Dated:  **August 25, 2020**           /s/ Erica P. Grosjean
5                                         UNITED STATES MAGISTRATE JUDGE

2