1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10    KAREEM J. HOWELL,                      Case No. 1:19-cv-01178-NONE-EPG (PC)

11                 Plaintiff,                ORDER DIRECTING THE CLERK OF
                                             COURT TO REFLECT THE DISMISSAL OF
12          v.                               DEFENDANT RANDOLPH ON THE
                                             COURT'S DOCKET
13    S. VILLARREAL,
                                             (ECF No. 34)
14                 Defendant.

15

16          On February 3, 2021, the parties filed a joint stipulation dismissing defendant Randolph

17    with prejudice and with Plaintiff and defendant Randolph each bearing their own costs and

18    attorneys' fees.  (ECF No. 34).  In light of the parties' stipulation, the case against defendant

19    Randolph has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with

20    prejudice and without an award of costs or attorneys' fees.  Accordingly, the Clerk of Court is

21    directed to reflect the dismissal of defendant Randolph on the Court's Docket.

22

23    IT IS SO ORDERED.

24       Dated:   **February 4, 2021**              /s/ Erica P. Grosjean
25                                             UNITED STATES MAGISTRATE JUDGE

26

27

28

                                             1