UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>           Plaintiff,<br><br>     v.<br><br>S. VILLARREAL,<br><br>           Defendant. | Case No. 1:19-cv-01178-NONE-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR COPY OF ORDERS<br><br>(ECF No. 37) |

Kareem J. Howell ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 12, 2021, Plaintiff filed a notice of change of address. (ECF No. 37). In the notice, Plaintiff states that he has not received any court orders since February 6, 2021, and requests that all court orders after this date be resent.

As no court orders were issued from February 6, 2021, through April 12, 2021, Plaintiff's request is DENIED.

IT IS SO ORDERED.

Dated:  **April 14, 2021**                          /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE

1