UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAREEM J. HOWELL,**<br><br>                                        Plaintiff,<br><br>**v.**<br><br>**S. VILLARREAL,**<br><br>                                        Defendant. | Case No. 1:19-cv-01178-NONE-EPG (PC)<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE MOTION FOR RELIEF FROM COURT REPORTER PHYSICAL PRESENCE REQUIREMENT UNDER FED. RULE CIV. P. 28**<br><br>(ECF No. 41) |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendant's Ex Parte Motion for Relief from Court Reporter Physical Presence Requirement Under Fed. Rule Civ. P. 28 (ECF No. 41) is **GRANTED**.  The court reporter is not required to be in the same physical location as Plaintiff during Plaintiff's deposition.

IT IS SO ORDERED.

Dated:   __July 22, 2021__                          /s/ *Erica P. Grosjean*
                                                                    UNITED STATES MAGISTRATE JUDGE