UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAREEM J. HOWELL,**<br><br>Plaintiff,<br><br>v.<br><br>**S. VILLARREAL,**<br><br>Defendant. | Case No. 1:19-cv-01178-NONE-EPG (PC)<br><br>**ORDER GRANTING DEFENDANT'S FIRST MOTION TO MODIFY THE SCHEDULING ORDER**<br><br>(ECF No. 40) |

**IT IS ORDERED** that Defendant's First Motion to Modify the Scheduling Order (ECF No. 40) is GRANTED.  The last day to conduct depositions and to file motions to compel regarding depositions only is September 9, 2021, and the last day to file dispositive motions is November 8, 2021.

All other dates and deadlines remain the same.
IT IS SO ORDERED.

Dated:   **July 22, 2021**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

1