UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>   Plaintiff,<br><br>   v.<br><br>S. VILLARREAL,<br><br>   Defendant. | Case No. 1:19-cv-01178-NONE-EPG (PC)<br><br>ORDER DIRECTING DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER (ECF NO. 46) ON OR BEFORE AUGUST 20, 2021 |

Kareem J. Howell ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

On August 9, 2021, Plaintiff filed what the Court construes as a motion for a protective order. (ECF No. 46). Plaintiff seeks to have his deposition conducted confidentially. In support of this argument Plaintiff cites California Code of Regulations, Title 15, § 3178(m), which states, "[c]onversations between an inmate and an attorney and/or attorney representative shall not be listened to or monitored, except for that visual observation by staff which is necessary for the safety and security of the institution/facility."

Defendant is directed to file a response to this argument no later than August 20, 2021. Specifically, Defendant should explain what monitoring will be utilized during the deposition and how that monitoring complies with section 3178.

IT IS SO ORDERED.

Dated:   **August 13, 2021**               /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

1