UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL, | No. 1:19-cv-01178-JLT-EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | |
| S. VILLARREAL, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE |
| Defendant. | (Doc. 54, 65) |

Kareem J. Howell is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 17, 2021, defendant filed a motion to dismiss under 28 U.S.C. § 1915(e)(2)(A) or, alternatively, to revoke Plaintiff's *in forma pauperis* status. (Doc. 54.) The motion was "based on Plaintiff's untrue allegation of poverty in his application to proceed *in forma pauperis* (IFP). Because Plaintiff lied on his application and intentionally hid hundreds of thousands of dollars in income from the California Department of Corrections and Rehabilitation and the Court, this case should be dismissed. Alternatively, Defendant requests that Plaintiff's IFP status be revoked and he be required to pay the filing fee before this matter proceeds." (*Id.* at 1.)

/////

1

On December 14, 2021, the assigned magistrate judge entered findings and recommendations, recommending that "Defendants' motion to dismiss under 28 U.S.C. § 1915(e)(2)(A) (ECF No. 54) be GRANTED in part," that "[t]his action be dismissed without prejudice," and that "[t]he Clerk of Court be directed to close this case." (Doc. 65 at 10.) The parties were provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis. Accordingly,

1. The findings and recommendations issued on December 14, 2021, (Doc. 65), are adopted in full.
2. Defendants' motion to dismiss under 28 U.S.C. § 1915(e)(2)(A), (Doc. 54), is granted in part.
3. This action is dismissed without prejudice; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **February 8, 2022**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

2